# Order

Michigan Supreme Court
Lansing, Michigan

July 8, 2016

153356
153370-3

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* Estate of OLIVE RASMER.

_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
           Plaintiff-Appellee,

v

RICHARD RASMER, Personal Representative
of the Estate of OLIVE RASMER,
           Defendant-Appellant.

_____/

SC: 153356
COA: 326642
Bay Probate Court:
14-049740-CZ

*In re* Estate of IRENE GORNEY.

_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
           Plaintiff-Appellant,

v

ESTATE OF IRENE GORNEY,
           Defendant-Appellee.

_____/

SC: 153370
COA: 323090
Huron Probate Court:
13-039597-CZ

*In re* Estate of WILLIAM B. FRENCH.

_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
           Plaintiff-Appellant,

v

DANIEL GENE FRENCH, Personal
Representative for the Estate of WILLIAM
B. FRENCH,
           Defendant-Appellee.

_____/

SC: 153371
COA: 323185
Calhoun Probate Court:
2013-000992-CZ

*In re* Estate of WILMA KETCHUM.

_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
   Plaintiff-Appellant,

v

              SC: 153372
              COA: 323304
              Clinton Probate Court:
ESTATE OF WILMA KETCHUM    14-028416-CZ
   Defendant-Appellee.
_____/

*In re* Estate of OLIVE RASMER.

_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
   Plaintiff-Appellant,

v

              SC: 153373
              COA: 326642
              Bay Probate Court:
RICHARD RASMER, Personal Representative 14-049740-CZ
of the Estate of OLIVE RASMER,
   Defendant-Appellee.
_____/

   On order of the Court, the applications for leave to appeal the February 4, 2016 judgment of the Court of Appeals are considered, and they are GRANTED. The parties shall address whether and to what extent: (1) MCL 400.112g-k permit the plaintiff to seek estate recovery for medicaid services provided to an individual before that individual received notification of the estate-recovery program from the plaintiff; (2) estate recovery for such pre-notification services constitutes a violation of the individual's substantive and/or procedural due process rights; and (3) a challenge to the plaintiff's estate-recovery efforts under MCL 400.112g(4) is subject to judicial review. The total time allowed for oral argument shall be 60 minutes: 30 minutes for the plaintiff, followed by 30 minutes for the defendants. MCR 7.314(B).

Persons or groups interested in the determination of the issues presented in these cases may move the Court for permission to file briefs amicus curiae. Motions for permission to file briefs amicus curiae and briefs amicus curiae regarding these cases should be filed in *In re Estate of Olive Rasmer*, SC 153356 only and served on the parties in all cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2016



Clerk

d0705